**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BLASTECH ENTERPRISES, INC.** | * |
| 2200 Van Deman Street, #100 | |
| Baltimore, Maryland 21224 | * |
| | |
| **Plaintiff,** | * |
| | |
| v. | *    Case No.: _____ |
| | |
| **A&M CONCRETE CORP.** | * |
| 42685 Dulles Trade Ct. | |
| Sterling, Virginia 20166 | * |
| | |
| **Serve:** | * |
| Joaquina Alves | |
| 42685 Dulles Trade Ct. | * |
| Sterling, Virginia 20166 | |
| Registered Agent | * |
| | |
| **Defendant.** | * |

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## COMPLAINT

Blastech Enterprises, Inc. ("Blastech") sues A&M Concrete Corp. ("A&M") and as grounds therefore says:

**The Parties**

1. Blastech is a corporation organized and existing under the laws of the State of Maryland. Its principal place of business is in Baltimore, Maryland. Blastech is a bridge repair and painting contractor in the construction industry.

2. A&M is a corporation organized and existing under the laws of the State of Virginia. Its principal place of business is in Sterling, Virginia. A&M is a general contractor in the construction industry.

**Jurisdiction and Venue**

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1332. This is a civil action where the amount in controversy exceeds $75,000.00 and is between citizens of different states.

4. Venue is proper pursuant to 28 U.S.C. §1390. This action arises out a construction project located in the District of Columbia. The contract upon which the action is based specifically states that litigation of disputes arising out of the contract shall be filed in "in the state or federal court where the project is located."

**Factual Background**

5. A&M was the prime contractor for a District of Columbia construction project known as Rehabilitation of the Connecticut Avenue, NW Bridge, Bridge No. 27 over Klingle Valley located on Connecticut Ave, NW, Washington, D.C. (the "Project").

6. Blastech was a subcontractor to A&M. A true and correct copy of the Subcontract is attached hereto.

7. Blastech has fully and properly performed its obligations under the Subcontract. However, Blastech has not been paid in full.

8. A&M owes Blastech: $57,960.00 for unpaid contract items as were included in Payment Estimate No. 23; $537,505.72 for steel repairs as were included under the work items designated as D-1314 and D-1330; and $226,699.00 in unpaid contract retention.

**COUNT I**
**(Breach of Contract)**

9. Blastech incorporates paragraphs 1-8 as if fully set forth herein.

10. A&M's failure to pay Blastech is a breach of the Subcontract.

11. All conditions precedent have occurred or been performed.

WHEREFORE, Plaintiff Blastech demands judgment against A&M in the amount of $822,164.72 plus interest, costs and other and further relief as this Court may deem appropriate.

DATED:  December 14, 2017           Respectfully submitted,

                                          **HUDDLES JONES SORTEBERG & DACHILLE, P.C.**

BY:     /s/ Nicole L. Campbell
Nicole L. Campbell, Esquire (DC Bar No. 498490)
Kevin B. Mattingly, Esquire (DC Bar No. 1015824)
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
(410) 720-0072
(410) 720-0329 (fax)
campbell@constructionlaw.com
mattingly@constructionlaw.com
**Attorneys for Plaintiff**
**Blastech Enterprises, Inc.**